JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br>  Plaintiff,<br><br>    v.<br><br>MICHAEL E. CASTANON,<br>  Defendant. | CV 20-1479 DSF (AGRx)<br><br>Order GRANTING Motion to Intervene (Dkt. No. 19); Order GRANTING Motion to Refer Case to Bankruptcy Court (Dkt. No. 20) |

  Richard A. Marshack, in his capacity as Chapter 7 Trustee of Luminance Recovery Center, LLC and Luminance Health Group, Inc., has moved to intervene and for this case to be referred to the Bankruptcy Court. The Court deems these matters appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for July 27, 2020 is removed from the Court's calendar.

  The motion to intervene is unopposed and GRANTED on that basis.

  28 U.S.C. § 157 allows district courts to refer "any or all proceedings arising under title 11 or arising in *or related to* a case under title 11" [emphasis added] to the districts' bankruptcy courts. This court has issued a general order automatically referring all such cases and proceedings. See General Order 13-05.

  Referral is appropriate in this case because the issues are relevant to cases pending under title 11 in the Bankruptcy Court. This action involves insurance coverage that is a significant asset of the relevant bankruptcy estate(s), the validity of the alleged exclusion from coverage

involves interpretation of bankruptcy law, and the purchase of the policy was by the Trustee in the context of bankruptcy administration. Further, this case appears to be an anticipatory declaratory relief action where it was a matter of record in the Bankruptcy Court that the Trustee was preparing to file an adversary coverage action in that court. Whatever the merits of Scottsdale's arguments about the core or non-core nature of the suit, they bear little on the referral analysis given that 28 U.S.C. § 157 explicitly contemplates referral of actions that are only "related to a case under title 11." See also G.O. 13-05 ("[T]he Court hereby refers to the bankruptcy judges for the Central District of California . . . all proceedings arising under Title 11 or arising in or related to a case under Title 11.").

The motion to intervene is GRANTED. The motion to refer is also GRANTED. The matter is referred to the United States Bankruptcy Court for the Central District of California.

IT IS SO ORDERED.

Date: July 20, 2020

　　　　　　　　　　　　　　　　　　*Dale S. Fischer*
Dale S. Fischer
United States District Judge

2